**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: Christine Clark ) | |
| ) | Case No: **17 B 27626** |
| ) | Judge:   Thorne |
| ) | Chapter  13 |
| **Debtor** ) | |

## NOTICE OF MOTION

**Served upon the following parties electronically:**
**Office of United States Trustee**, Dirksen Federal Building, 219 S. Dearborn, St., Room 873, Chicago, IL 60604
**Trustee:** Marilyn O. Marshall, 224 S. Michigan Ste. 800, Chicago, IL 60604
**and served upon the following parties via U.S. Mail:**
**Debtor**: Christine Clark, 3427 E. 170th St, Lansing, IL 60438
**See Attached Service List**

PLEASE TAKE NOTICE that on April 24, 2019 at 10:00 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Thorne, or any other Bankruptcy Judge presiding in her place in Courtroom 613 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, on the attached Motion to Modify Plan, and shall request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

I, The undersigned, an attorney, hereby certify that a copy of this notice was served electronically or mailed to the above persons, at her respective addresses, postage prepaid, by depositing in the U.S. Mail at 211 W. Wacker Dr., Chicago, IL 60606, before 6:00 p.m. on or before April 3, 2019.

_____/s/ Angelica Harb_____
Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001

```
Label Matrix for local noticing              Capital One Auto Finance c/o AIS Portfolio S    Capital One Auto Finance c/o AIS Portfolio S
0752-1                                       P.O. BOX 4360                                   4515 N Santa Fe Ave. Dept. APS
Case 17-27626                                Houston, TX 77210-4360                          Oklahoma City, OK 73118-7901
Northern District of Illinois
Eastern Division
Wed Apr  3 11:06:00 CDT 2019

Capital One Auto Finance, a division of Capi    U.S. Bankruptcy Court                       American Lawn Company
P.O. BOX 165028                                 Eastern Division                             16821 Vincennes Ave.
IRVING, TX 75016-5028                           219 S Dearborn                               South Holland, IL 60473-2868
                                                7th Floor
                                                Chicago, IL 60604-1702

American Residential                         Ascension Capital Group                         Barclays Bank Delaware
c/o Randy Weinstein                          Attn: Capital One Auto Finance,                 100 S West St
65 E Wacker, #920                            a division of Capital One, NA Dept              Wilmington, DE 19801-5015
Chicago, IL 60601-7285                       PO Box 165028
                                             Irving, TX 75016-5028

Capital One                                  Capital One Auto Finance                        Capital One Auto Finance c/o AIS Portfolio
Attn: Bankruptcy                             Attn: General Correspondence/Bankruptcy         Services, LP fka AIS Data Services dba
Po Box 30253                                 Po Box 30285                                    Ascension Capital Group
Salt Lake City, UT 84130-0253                Salt Lake City, UT 84130-0285                   4515 Santa Fe Ave. Dept. APS
                                                                                             Oklahoma City, OK 73118-7901

Cardworks/CW Nexus                           Citimortgage Inc                                City of Chicago Department of Finance
Attn: Bankruptcy                             Attn: Bankruptcy                                c/o Arnold Scott Harris P.C.
Po Box 9201                                  Po Box 6423                                     111 W Jackson Blvd Ste.600
Old Bethpage, NY 11804-9001                  Sioux Falls, SD 57117                           Chicago IL. 60604-3517

City of Chicago Parking                      Comcast Cable                                   Dental Works
Dept of Revenue                              PO Box 3002                                     1514 Torrence Ave.
PO Box 88292                                 Southeastern, PA 19398-3002                     Calumet City, IL 60409-5409
Chicago, IL 60680-1292

Fed Loan Serv                                First Premier Bank                              Govenors State University
Pob 60610                                    601 S Minnesota Ave                             1 University Parkway
Harrisburg, PA 17106-0610                    Sioux Falls, SD 57104-4868                      Park Forest, IL 60484-3165

Grand Canyon University                      Harris & Harris Ltd                             IRS
3300 W Camelback Rd                          600 W Jackson Blvd                              Special Procedures - Insolvency
Phoenix, AZ 85017-1097                       Suite 400                                       PO Box 7346
                                             Chicago, IL 60661-5675                          Philadelphia, PA 19101-7346

Illinois Tollway                             MERRICK BANK                                    Maroon Financial Credi
2700 Ogden Ave                               Resurgent Capital Services                      5525 S Ellis Ave Ste C
Downers Grove, IL 60515-1703                 PO Box 10368                                    Chicago, IL 60637-1401
                                             Greenville, SC 29603-0368

Metlife Insurance                            NCB Financial                                   Personal Finance Co
PO Box 105072                                129 Bush Dr #100                                Po Box 172
Atlanta, GA 30348-5072                       Elwood, IL 60421-9782                           Hazel Crest, IL 60429-0172
```

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | US Dept of Education<br>Attn: Bankruptcy<br>Po Box 16448<br>Saint Paul, MN 55116-0448 | University of Chicago Hospitals<br>1122 Paysphere Circle<br>Chicago, IL 60674-0011 |
| Village of Alsip<br>PO Box 4833<br>Hinsdale, IL 60522-4833 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | Christine N Clark<br>3427 E 170th St<br>Lansing, IL 60438-1143 |
| Jason Blust<br>Law Office of Jason Blust, LLC<br>211 W. Wacker Drive<br>Ste. 300<br>Chicago, IL 60606-1390 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Portfolio Recovery Associates, LLC<br>Successor to CAPITAL ONE BANK (USA) N.A.<br>(CAPITAL ONE BANK, N.A.)<br>POB 41067<br>Norfolk VA 23541 | T-Mobile<br>Bankrupctcy Department<br>PO Box 53410<br>Bellevue, WA 98015 | Wells Fargo Hm Mortgag<br>8480 Stagecoach Cir<br>Frederick, MD 21701 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Capital One Auto Finance, a division of Ca<br>P.O. Box 165028<br>Irving, TX 75016-5028 | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     1<br>Total                  42 |

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:  Christine Clark                )
                                       )    Case No:   17 B 27626
                                       )    Judge:     Thorne
                                       )    Chapter    13
         **Debtor**                    )

## MOTION TO MODIFY PLAN

Now comes Christine Clark (hereinafter referred to as "Debtor"), by and through her attorneys, and moves this Honorable Court for entry of an Order Modifying Plan, pursuant to section 1329 of the bankruptcy code, and in support thereof, respectfully represents as follows:

1. On September 15, 2017, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This Honorable Court confirmed the Debtor's Chapter 13 plan on November 8, 2017. The confirmed plan called for payments of $715.00 for 60 months, paying unsecured creditors 11% on their claims.

3. Debtor filed her 2018 tax return and received $4758.00. Please see Exhibit A. The Debtor is allotted $1200.00 of her tax refund per the confirmed tax language. Debtor used her tax refund for car repairs that required immediate attention to fix her tires, emissions, electrical and ball joints in the amount of $2924.00. Please see Exhibit B.

4. Debtor is respectfully asking to waive the tax refund requirement in the amount of $2924.00 and defer the remaining $634.00.

**WHEREFORE**, Debtor prays that this Honorable Court enter an Order for the following relief:

1. Waiving the tax refund requirement in the amount of $2924.00;
2. Deferring $634.00 of the 2018 tax refund; and
3. For such other relief as this Court deems proper under the circumstances.

Respectfully submitted,

_____/s/ Angelica Harb
Angelica M. Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001