UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                          )        BK No.:    17-27626
Christine Clark                 )
                                )
                                )        Chapter:  13
                                )        Honorable Deborah L. Thorne
                                )
        Debtor(s)               )

## ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the Motion of the Debtor to Modify the Plan;

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein;

IT IS HEREBY ORDERED:

1. The 2018 Tax Refund is waived in the amount of $1724.00.

2. The 2018 Tax Refund is deferred in the amount of $1834.00.

Enter:

2 4 APR 2019

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:

**Prepared by:**
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606